# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 18-1409V
### Filed: October 4, 2019
UNPUBLISHED

|  |  |
| --- | --- |
| MOHAMED MOHAMED, Administrator of the ESTATE OF SALAH HAMAD,<br><br>                  Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>                  Respondent. | Special Processing Unit (SPU); Damages Decision Based on Proffer; Influenza (Flu) Vaccine; Guillain-Barre Syndrome (GBS) |

*Clifford John Shoemaker, Shoemaker, Gentry, & Knickelbein, Vienna, VA, for petitioner.*
*Darryl R. Wishard, U.S. Department of Justice, Washington, DC, for respondent.*

## DECISION AWARDING DAMAGES[1]

**Corcoran**, Chief Special Master:

On September 14, 2018, petitioner, as administrator for the estate of his father, Salah Hamad, filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that his father suffered Guillain‑Barré Syndrome (GBS) after receiving an influenza vaccination on December 23, 2017, which resulted in his death on April 17, 2018. Petition at ¶¶ 2, 8. The case was assigned to the Special Processing Unit of the Office of Special Masters.

---

[1] The undersigned intends to post this decision on the United States Court of Federal Claims' website. **This means the decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access. Because this unpublished decision contains a reasoned explanation for the action in this case, undersigned is required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

On July 30, 2019, a ruling on entitlement was issued, finding petitioner entitled to compensation for his GBS.  On October 4, 2019, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $474,574.44, representing $250,000.00 for the death benefit; $215,000.00 for pain and suffering; and $9,574.44 for unreimbursable expenses.  Proffer at 2.  In the Proffer, respondent represented that petitioner agrees with the proffered award.  *Id.*  Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $<u>474,574.44</u>, representing $250,000.00 for the death benefit; $215,000.00 for pain and suffering; and $9,574.44 for unreimbursable expenses in the form of a check payable to petitioner.**  This amount represents compensation for all damages that would be available under § 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>s/Brian H. Corcoran</u>
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

_____
)
MOHAMED MOHAMED, Administrator )
of the Estate of SALAH HAMAD, )
)
     Petitioner, )     No. 18-1409V   ECF
)
     v. )     Chief Special Master Corcoran
)
SECRETARY OF HEALTH )
AND HUMAN SERVICES, )
)
     Respondent. )
_____ )

## PROFFER ON AWARD OF COMPENSATION[1]

### I.    Procedural History

On September 14, 2018, Mohamed Mohamed ("petitioner"), as Administrator of the Estate of Salah Hamad ("decedent"), filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34, *as amended* ("Vaccine Act" or "Act"). Petitioner alleges that the decedent sustained Guillain-Barré Syndrome ("GBS") after an influenza ("flu") vaccination on December 23, 2017, and that his GBS resulted in his death on April 17, 2018. Petition at 1. GBS is an injury listed on the Vaccine Injury Table ("Table") for the flu vaccine.

On July 19, 2019, respondent filed his Rule 4(c) report, conceding that the decedent's injury meets the Table criteria for GBS after a flu vaccination. On July 30, 2019, the Special Master ruled that petitioner was entitled to compensation.

---

[1] This Proffer does not include attorneys' fees and costs, which the parties intend to address after the Damages Decision is issued.

## II.     Items of Compensation

Based upon the evidence, respondent proffers that petitioner should be awarded a lump sum of **$474,574.44** ($250,000.00 for the death benefit; $215,000.00 for pain and suffering; $9,574.44 for unreimbursed expenses).  This amount represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a).  Petitioner agrees.

## III.    Form of the Award

Respondent recommends that compensation be awarded to petitioner in the amount of **$474,574.44**, in the form of a check payable to petitioner.  Petitioner agrees.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

CATHARINE E. REEVES
Deputy Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Assistant Director
Torts Branch, Civil Division

*/s/Darryl R. Wishard*
DARRYL R. WISHARD
Senior Trial Attorney
Torts Branch, Civil Division
U. S. Department of Justice
P.O. Box l46, Benjamin Franklin Station
Washington, D.C.  20044-0146
Direct dial: (202) 616-4357
Dated:  October 4, 2019          Fax: (202) 616-4310

2